AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| WING WO MA | ) Case No. 3-15-71367 |
| | ) SAN FRANCISCO VENUE |
| Defendant(s) | ) |

*SEALED BY ORDER OF COURT*

FILED
2015 OCT 21 A 9: 47
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  7/2013 through at least 10/23/2013  in the county of      Alameda      in the
      Northern      District of      California     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (See Attachment) | (See Attachment) |

This criminal complaint is based on these facts:
Please see attached Affidavit of Federal Bureau of Investigation Special Agent David VanderPorten

Approved As to Form
_____
AUSA Damali Taylor

☑ Continued on the attached sheet.

_____
Complainant's signature

David VanderPorten, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10-21-15

_____
Judge's signature

City and state:      San Francisco, California      Hon. Jacqueline Scott Corley, U.S. Magistrate Judg
Printed name and title

1 -m JV

# *Attachment to Criminal Complaint*

Re: <u>UNITED STATES v. WING WO MA</u>

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) <br><br> Title 21, United States Code, Section 841(b)(1)(B)(vii) | "[I]t shall be unlawful for any person knowingly or intentionally to manufacture, distribute . . . or possess with intent to manufacture, [or] distribute . . . a controlled substance." <br><br> "In the case of a violation of subsection (a) of this section involving - (vii) 100 kilograms or more of a mixture or substance containing a detectable amount of marihuana, or 100 or more marihuana plants regardless of weight . . ." <br><br> **Maximum Penalties:** From 5 to 40 years imprisonment; 4 years supervised release; $5,000,000 fine; $100 assessment |
| Title 21, United States Code, Section 846 | "Any person who attempts or conspires to commit any offense defined in this subchapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy." <br><br> **Maximum Penalties:** (same penalties as for above offence) |

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>JEFFREY HUYNH<br><br>_____<br>Defendant(s) | Case No. 3-15-71367<br>SAN FRANCISCO VENUE<br>MAG |

**FILED 2015 OCT 21 A 9:47 SUSAN Y. SOONG CLERK, US DISTRICT COURT NO. DIST. OF CA.**

**SEALED BY ORDER OF COURT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  7/2013 through at least 10/23/2013  in the county of  Alameda  in the  Northern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 846 | "Any person who attempts or conspires to commit any offense defined in this subchapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy."<br><br>Maximum Penalties: 5 years imprisonment; 3 years supervised release; $250,000 fine; $100 assessment |

This criminal complaint is based on these facts:

Please see attached Affidavit of Federal Bureau of Investigation Special Agent David VanderPorten

☑ Continued on the attached sheet.

Approved As to Form
_____
AUSA Damali Taylor

_____
*Complainant's signature*

David VanderPorten, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-21-15

_____
*Judge's signature*

City and state:  San Francisco, California  Hon. Jacqueline Scott Corley, U.S. Magistrate Judg
*Printed name and title*

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

United States of America
v.
KEVIN LUU

Case No. 3-15-71367 MAG

SAN FRANCISCO VENUE

*Defendant(s)*

SEALED BY ORDER OF COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 7/2013 through at least 10/23/2013 in the county of Alameda in the
Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (See Attached) | (See Attached) |

This criminal complaint is based on these facts:
Please see attached Affidavit of Federal Bureau of Investigation Special Agent David VanderPorten

Approved As to Form
AUSA Damali Taylor

☑ Continued on the attached sheet.

*Complainant's signature*

David VanderPorten, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-21-15

*Judge's signature*

City and state: San Francisco, California

Hon. Jacqueline Scott Corley, U.S. Magistrate Judg
*Printed name and title*

# *Attachment to Criminal Complaint*
## Re: <u>UNITED STATES v. KEVIN LUU</u>

| **Code Section** | **Offense Description** |
|---|---|
| Title 21, United States Code, Section 841(a)(1)<br><br>Title 21, United States Code, Section 841(b)(1)(B)(vii) | "[I]t shall be unlawful for any person knowingly or intentionally to manufacture, distribute . . . or possess with intent to manufacture, [or] distribute . . . a controlled substance."<br><br>"In the case of a violation of subsection (a) of this section involving - (vii) 100 kilograms or more of a mixture or substance containing a detectable amount of marihuana, or 100 or more marihuana plants regardless of weight . . ."<br><br>**Maximum Penalties:** From 5 to 40 years imprisonment; 4 years supervised release; $5,000,000 fine; $100 assessment |
| Title 21, United States Code, Section 846 | "Any person who attempts or conspires to commit any offense defined in this subchapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy."<br><br>**Maximum Penalties:** (same penalties as for above offence) |

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>CHANH TRONG HOANG<br><br>Defendant(s) | Case No. 3 – 15 – 71367<br>SAN FRANCISCO VENUE |

FILED
2015 OCT 21 A 9:44
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

SEALED BY ORDER OF COURT

MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  7/2013 through at least 10/23/2013  in the county of          Alameda          in the
     Northern     District of      California     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code Section 846 | "Any person who attempts or conspires to commit any offense defined in this subchapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy."<br><br>Maximum Penalties:  5 years imprisonment; 3 years supervised release; $250,000 fine; $100 assessment |

This criminal complaint is based on these facts:
Please see attached Affidavit of Federal Bureau of Investigation Special Agent David VanderPorten

Approved As to Form
_____
AUSA Damali Taylor

☑ Continued on the attached sheet.

_____
Complainant's signature

David VanderPorten, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  10-21-15

_____
Judge's signature

City and state:          San Francisco, California          Hon. Jacqueline Scott Corley, U.S. Magistrate Judg
Printed name and title